PRINCESS S. OKAI<br>
1124 W LANCELOT LANE<br>
WEST HAVEN, UTAH.<br>
84401

June 13, 2020

TO WHOM IT MAY CONCERN

My name is Princess Sheriffa Okai. Prince Sheriff Okai is my best friend, my keeper, my other half and most importantly my twin brother. I am a Technical Sergeant (E-6) in the World's Greatest Air Force (almost 9 years down, 11 more to go!); I joined the military 2 months before Prince did (September 2011). I am an Equal Opportunity Counselor/Advisor for both Military and DoD (Department of Defense) Civilians stationed in Utah however, I am currently deployed to South West Asia.

My favorite memory of Prince was when I called him while on my first deployment. I was only 19 and I had no idea what a deployment was or what to expect. No one explained to me that I would be living in a tent for 7 months. There was a lot that I was not told. As a young female, I was constantly sexually harassed and the only person I could talk to was Prince. I was at my lowest moment with no help however Prince always knew what to say to me. Prince always said "There is nothing you cannot do, it is okay to cry but tomorrow you have to get up and keep going." Prince doesn't know this but my first ever Achievement Medal, received as a result from that deployment, was dedicated to him.

I would like to think besides our mother, I am the one person on this earth who knows Prince Sheriff Okai in and out. The military is known for many benefits, however no one talks about the "other side of it." Joining the military came with the understanding that I was going to be separated from my family including my twin brother, Prince. Prince was active duty from 2011 to 2015 and after a serious injury while on duty, he transition into the Army National Guard from 2015 to 2017. Prince loved serving his country because till this day he always says "I would probably be a Sergeant as well if not for my injury."

One thing I can promise you is that Prince never repeats the same mistakes and he will

comply with all bond conditions. As children of 5, raised by my mother and step dad in a Christian home, we made mistakes, we took responsibility and learned from them. We also owe it to ourselves, family and friends who believe in us and mostly important to God not to repeat the same mistake once a second chance is given.

Prince is an amazing father and husband who spends his time volunteering at orphanages and homeless shelters anytime he visits Ghana, West Africa. Sometimes I blame myself because I am always deployed, it seems just about every year. Prince sometimes calls me but after working 14-16 hour shifts and going to school, I feel I am not always there for him. I promise to do better and support him more as a twin sister should. We spoke last week and he promised to go back to school and be a better person. He said "Princess I want to have a college degree like you, I want to be better for my son and my family." Those words are very painful to hear especially since I don't know when I will be coming home.

To whomever is reading this, I know you have seen so many cases similar to this one. I also know you have given a lot of young men/women second chances and some probably misused it. I write this letter to you as an Airman who doesn't even know what her next meal would be, who is serving her country for the freedom of others to please give Prince Sheriff Okai a second chance. A second chance to be a better man, father and veteran. I pray that as I sacrifice my life for my country, someone like you would also have mercy on my twin! Thank you for taking time out of your busy schedule to consider my plea.

If you have any questions or concerns, please do not hesitate to contact me via email at princess.okai@auab.afcent.af.mil or princess.sheri.okai@gmail.com.

OKAI.PRINCESS.SHERIFFA.1407948129
Digitally signed by OKAI.PRINCESS.SHERIFFA.140794812
Date: 2020.06.13 14:15:07 +03'00'

PRINCESS S. OKAI, TSgt, USAF
Equal Opportunity