Honorable Judge Williams M Ray II,

writing this letter to you for you to have leniency
uring my Sentencing on January 12 2021. I first
the United States of America in 2005 and Came
2007 to stay with my mom and step dad permanently
ted high School in 2011, I enlisted in the U.S army
mber 11 2011 and served for 4 years. I was assigned
Airborne Division 2nd Brigade 1-325 air Golf Company
got married to my wife July 27 2015 while I
transitioning of leaving active duty and was
to National Guard at Fort Stewart Georgia, where
for 2 and a half years. I was also deployed to
ilies in Georgia when hurricane "IRMA" hit Florida
tad tropical storm hit Georgia in 2017. My wife had
in April 2018, I was doing well and always stayed
of trouble until I started hanging with the wrong
pon my arrest I have 2 misdemeanor on my record
hould have thought me a lesson to stay out of trouble
ich't.

honor I have realize my mistakes and take
ponsibility of my actions, I knew what I was doing
thought I can take the easy way out in life instead
ing hand for my family. I honestly can say I lost
when I got out of the service. I have learned alot
was incarcerated in March and I am ready to
et out there, get a good job and work very hard for
ily. During this Pandemic "COVID-19" my wife is helping

in marrietta and a full time student. Your honor deserve a punishment for my behaviour but I don't deserve a lenghty Sentence, I don't want to miss growing up and I will like to be a Father to my a husband to my wife.

honor I hope you will have mercy on me today e me another chance. Thank you.

[signature]

ember 9th 2020